IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIA MUTO,

          Plaintiff,

v.

EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,

          Defendant.

Civil Action No.: 2:11-cv-05377-MSG

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Maria Muto and Defendant Expeditors International of Washington, Inc. that the above-captioned action is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| KOLLER LAW PC | DLA PIPER LLP (US) |
|---|---|
| /s/ David M. Koller | /s/ Timothy E. Hoeffner |
| David M. Koller | Timothy E. Hoeffner |
| 2043 Locust Street | One Liberty Place |
| Suite 1B | 1650 Market Street, Suite 4900 |
| Philadelphia, PA  19103 | Philadelphia, PA  19103-7300 |
| Phone: (215) 545-8917 | Phone: (215) 656-3300 |
| Fax: (215) 575-0826 | Fax: (215) 656-3301 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Maria Muto* | *Expeditors International of Washington, Inc.* |
| Dated: January 24, 2013 | Dated: January 18, 2013 |